**SEALED BY ORDER OF COURT**



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO.: 17-00487 |
| Plaintiff, ) | SEALING ORDER |
| v. ) | |
| ROCCI GARRETT a/k/a "Mitchell Casterline", ) | |
| Defendant. ) | |

The Court hereby orders that the indictment filed in United States v. Rocci Garrett, as well as this sealing order, be filed under seal.

IT IS SO ORDERED.

September 14, 2017

_____
HON. HOWARD R. LLOYD
United States Magistrate Judge

