# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GARRETT,<br><br>　　　　　　Defendant. | Case No. 17-cr-00487-BLF-1<br><br>**ORDER REFERRING DEFENDANT TO FEDERAL PUBLIC DEFENDER** |

On August 31, 2020, Mr. Garrett wrote the Court a letter asking for an attorney to assist him with a motion for compassionate release. *See* Letter, ECF 58. Mr. Garrett was previously represented by the Federal Public Defender, and the Court REFERS this matter back to that office.

**IT IS SO ORDERED.**

Dated: September 3, 2020

_____
BETH LABSON FREEMAN
United States District Judge