## *US v. GARRETT*

Case No. CR 17-00487 BLF

MOTION FOR COMPASSIOINATE RELEASE

# EXHIBIT B

```
 1 │ STEVEN G. KALAR
   │ Federal Public Defender
 2 │ Northern District of California
   │ SEVERA KEITH
 3 │ Assistant Federal Public Defender
   │ 8th Floor - Suite 820
 4 │ 55 South Market Street
   │ San Jose, CA 95113
 5 │ Telephone:   (408) 291-7753
   │ Facsimile:   (408) 291-7399
 6 │ Email:       Severa_Keith@fd.org
 7 │
   │ Counsel for Defendant Keith
 8 │
 9 │
```

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

| 14 | UNITED STATES OF AMERICA, | **Case No.:** CR 17–00487 BLF |
|---|---|---|
| 15 | Plaintiff, | **DECLARATION OF SHELLY GARRETT IN SUPPORT OF MOTION FOR COMPASSIONATE RELEASE** |
| 16 | v. | |
| 17 | SEVERA KEITH, | **Court:** Courtroom 3, 5th Floor |
| 18 | Defendant. | **Hearing Date:** TBD<br>**Hearing Time:** TBD |

19

20    I, Shelly Garrett, declare the following:

21    1. I am the mother of Rocci Garrett.

22    2. I am employed full-time as a patent paralegal.

23

24    3. Rocci Garrett resided with me from birth to age 18.

25    4. A doctor at Kaiser Permanente Santa Teresa campus diagnosed Rocci with asthma

26       when he was about 10 years old.

27    5. I have a clear memory if this diagnosis, but I do not have any records of it, as the

28       diagnosis occurred so long ago.

GARRETT DECL.
*KEITH*, CR 17–00487 BLF

1

6. There is a history of asthma is my family.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on December 30, 2020, in Reno, Nevada.

*Shelly Garrett*
SHELLY GARRETT

GARRETT DECL.
*KEITH*, CR 17–00487 BLF

2