# *US v. GARRETT*

Case No. CR 17-00487 BLF

MOTION FOR COMPASSIOINATE RELEASE

# EXHIBIT D

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Patricia Bradley Warden | DATE: 7-14-20 |
|---|---|
| FROM: Rocci Garrett | REGISTER NO.: 24515-111 |
| WORK ASSIGNMENT: Orderly | UNIT: C-Unit (D-10) |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I'm a 38 year old African American male with cronic asthma and obesity as well as PTSD. I'm a non-violent offender who was on house arrest through pre-trial for over a year and no curfew violations. I turned myself in to U.S. Marshall's for sentencing. No incidents reports. No gangs, just cleared detainers. I have a safe sober house to go to and I have a good family. I am requesting compassionate release to house arrest/home confinement as I'm HIGH RISK for COVID-19.

(Do not write below this line)

DISPOSITION:

Signature Staff Member                         Date

Warden's Office
JUL 17 2020
Received

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

SECTION 6

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER