## *US v. GARRETT*

Case No. CR 17-00487 BLF

MOTION FOR COMPASSIOINATE RELEASE

# EXHIBIT E



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**Federal Correctional Complex**

Office of the Warden

Lompoc, California 93436

August 17, 2020

MEMORANDUM FOR GARRETT, ROCCI, REG. NO. 24515-111

FROM:          *for* J. Engleman
               Patricia W. Bradley, Complex Warden

SUBJECT:       Compassionate Release Review

Your request for Compassionate Release/Reduction in Sentence (RIS) has been reviewed pursuant to Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C §§3582(c)(1)(A) and 4205 (g). It has been determined that we will not be pursuing a request for compassionate release/RIS in your case.

A review of the documentation you provided was reviewed and considered, in addition to a review of your central file and medical records. Based on this review, it was determined you do not meet the criteria to be considered for a Compassionate Release/RIS based on medical circumstances. Therefore, you do not meet the criteria in which the Bureau of Prisons would file a motion to the court.

Accordingly, your request is denied. If you are not satisfied with this reply, you may submit an appeal on the appropriate form (BP-9) to this office within 20 calendar days of the date of this response.

MAILED
AUG 2 6 2020
FILE COPY