*US v. GARRETT*

Case No. CR 17-00487 BLF

MOTION FOR COMPASSIOINATE RELEASE

# EXHIBIT G

```
REGISTER NO: 24515-111 NAME..: GARRETT, ROCCI
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-23-2020
```

```
G5401      DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```