# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| USA,<br>　　　　Plaintiff,<br>　　v.<br>GARRETT,<br>　　　　Defendant. | Case No. 17-cr-00487-BLF-1<br><br>**ORDER DIRECTING GOVERNMENT TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE BY JANUARY 29, 2021, AND SETTING HEARING FOR FEBRUARY 9, 2021** |

On January 15, 2021, Rocci Garrett filed a Motion for Compassionate Release. ECF 62. The Government SHALL file a response by January 29, 2021. Defendant may file a reply brief by February 2, 2021. A hearing is hereby SET for February 9, 2021, at 9:00 am.

**IT IS SO ORDERED.**

Dated: January 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　
BETH LABSON FREEMAN
United States District Judge